UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BROKAMP, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Civil Action No. 20-3574 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, April 25, 2022, and the parties' Joint Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 21), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties served their Fed. R. Civ. P. 26(a)(1) initial disclosures on April 14, 2022;

2. The parties shall file any motions to join additional parties or to amend the pleadings by August 26, 2022;

3. Plaintiff shall serve her Fed. R. Civ. P. 26(a)(2) expert disclosures by September 2, 2022;

4. Defendant shall serve its Fed. R. Civ. P. 26(a)(2) expert disclosures by November 4, 2022;

5. Plaintiff shall serve her Fed. R. Civ. P. 26(a)(2) rebuttal expert disclosures by January 4, 2023;

6. Discovery shall close on February 10, 2023; and

7.  A post-discovery status conference is scheduled for February 14, 2023, at 9:30 a.m., via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary judgment briefing schedule and the possibility of mediating the case.  The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day prior to the hearing to make arrangements to participate.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: April 25, 2022