UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BROKAMP,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 1:20-cv-03574-TJK |

### DEFENDANT'S EXPERT DISCLOSURE

Pursuant to the Court's November 1, 2022 Minute Order and as required by Federal Rule of Civil Procedure 26(a)(2), Defendant District of Columbia discloses Dr. Heather Trepal as an expert who may present evidence in this action under Federal Rules of Evidence 702, 703, or 705. The report of Dr. Trepal, served on Plaintiff's counsel contemporaneously with this filing, contains the information required by Federal Rule of Civil Procedure 26(a)(2)(B), including the grounds for her opinions, her educational background, and her qualifications to offer expert testimony. Dr. Trepal's report describes the practice of professional counseling, provides a brief history and overview of the licensure of the professional counseling, and explains the reasons for licensure requirements for professional counseling. Defendant reserves the right to supplement Dr. Trepal's report and to proffer additional expert opinions based on new or additional information produced or developed during this litigation.

Dated: December 9, 2022.                           Respectfully Submitted,

                                                                                             KARL A. RACINE
                                                                                             Attorney General for the District of Columbia

                                                                                             CHAD COPELAND
                                                                                             Deputy Attorney General

Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
RICHARD P. SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 6th Street, NW, Suite 10100
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on December 9, 2022, I served a copy of Defendant's Expert Disclosure, along with the report of Dr. Heather Trepal, via email on:

John G. Wrench
Robert J. McNamara
Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203
jwrench@ij.org
rmcnamara@ij.org

Robert E. Johnson
Institute for Justice
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
rjohnson@ij.org

                                                    */s/ Adam J. Tuetken*
                                                    ADAM J. TUETKEN [242215]