UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH BROKAMP, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Civil Action No. 20-3574 (TJK) |

**JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER DATED MARCH 8, 2023**

Pursuant to the Court's Minute Order dated March 8, 2023, ordering counsel for parties to submit a joint status report, the parties have conferred and prepared the following report:

1. *Possibility of Mediation.* The parties do not intend to pursue mediation.

2. *Schedule for Summary Judgment Motions.* The parties propose the following four-brief schedule for summary judgment motions:

| | |
|---|---|
| May 24, 2023 | Defendant's opening summary judgment brief (45 pages) |
| June 26, 2023 | Plaintiff's combined opening and response brief (45 pages) |
| August 1, 2023 | Defendant's combined response and reply brief (35 pages) |
| August 31, 2023 | Plaintiff's reply brief (25 pages) |

Accordingly, the parties request that the Court enter the attached proposed scheduling order in this case.

1

| | |
|---|---|
| Dated: March 24, 2023 | Respectfully submitted, |

/s/ John Wrench
**John Wrench** (1722587)
**Robert J. McNamara** (D.D.C. Bar # VA065)
INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jwrench@ij.org; rmcnamara@ij.org

**Robert E. Johnson** (1013390)
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rjohnson@ij.org

*Counsel for Plaintiff*

**Brian L. Schwalb**
Attorney General
for the District of Columbia

**Stephanie E. Litos**
Interim Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
**Matthew R. Blecher** (1012957)
Chief, Civil Litigation Division,
Equity Section

/s/ Adam Tuetken
**Adam Tuetken** (242215)
**Richard P. Sobiecki** (500163)
**Brendan Heath** (1619960)
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov
richard.sobiecki@dc.gov
brendan.heath@dc.gov

*Counsel for Defendant*