UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELIZABETH BROKAMP, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 20-3574 (TJK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| *Defendant*. | ) ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment, all briefing on the motions, and the entire record, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**, and it is further **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**.

So ordered on this __ day of _____, 2023

_____
TIMOTHY J. KELLY
United States District Judge

2

Attorneys to be Notified of This Order's Entry:

Robert E. Johnson (D.C. Bar No. 1013390)
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rjohnson@ij.org

John G. Wrench (D.C. Bar No. 1722587)
Robert J. McNamara (D.D.C. Bar # VA065)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jwrench@ij.org, rmcnamara@ij.org

*Counsel for Plaintiff*

Richard P. Sobiecki
Brendan Heath
Adam Tuetken
Assistants Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7512
richard.sobiecki@dc.gov
brendan.heath@dc.gov
adam.tuetken@dc.gov

*Counsel for Defendant*