UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH BROKAMP,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | No. 1:20-cv-03574-TJK |

## ORDER

Upon consideration of Defendant's Motion to Stay the Case (Motion), Plaintiff's response, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the case is **STAYED**; and it is further

**ORDERED** that Defendant shall file a status report on December 15, 2025 informing the Court whether the Counseling Compact is operational and what next steps for this case that Defendant proposes in light of the Counseling Compact's status; Plaintiff may file any response by December 19, 2025.

    **SO ORDERED**.

Date: _____

                                            Hon. Timothy J. Kelly
                                            United States District Judge