**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIZABETH BROKAMP, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Civil Action No. 20-3574 (TJK) |

## <u>ORDER</u>

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 34, is **GRANTED**

**IN PART** as to Count I, Plaintiff's as-applied claim.  It is further **ORDERED** that Defendant's

Motion for Summary Judgment, ECF No. 29, is **DENIED**.  Judgment is **ENTERED** for Plaintiff

on Count I of the Complaint, ECF No. 1.

It is further **DECLARED** that D.C. Code §§ 3-1201.02(15B) and 3-1205.01(a)(1) are un-

constitutional under the First Amendment as applied to Plaintiff.  It is further **ORDERED** that

Defendant is **ENJOINED** from enforcing D.C. Code §§ 3-1201.02(15B) and 3-1205.01(a)(1)

against Plaintiff.

This is a final, appealable order.  The Clerk of Court is directed to close the case.

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 24, 2026