**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELIZABETH BROKAMP,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:20-cv-03574-TJK** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## NOTICE OF APPEAL

Please take notice that Defendant the District of Columbia hereby appeals to the United States Court of Appeals for the District of Columbia Circuit this Court's June 24, 2026 Memorandum Opinion and Order [ECF Nos. 71 & 72] granting in part Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment and entering declaratory and injunctive relief, and all orders merged therein.

Date: July 15, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]

2

RICHARD P. SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*